UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 09-04677 DMG (AJWx)** | Date | July 15, 2010 |
|---|---|---|---|

| Title | ***Kurt MacCarley v. Countrywide, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED TO THE DISTRICT OF HAWAII**

Plaintiff Kurt MacCarley filed a complaint and a first amended complaint in this Court on June 29, 2009 and July 21, 2009, respectively.  On January 21, 2010, Plaintiff filed a second amended complaint against Countrywide Financial Corporation, Inc., Countrywide Home Loans, Inc., Bank of America Corporation, Inc., LandSafe, Inc., LandSafe Appraisal Services, Inc., Angelo Mozilo, One Time Close Division of Countrywide, Joseph Michael Magaldi, III, and Does 1 though 10.  The second amended complaint seeks, *inter alia*, to prevent the foreclosure of real property located in the state of Hawaii. (2nd Am. Compl. ¶ 61.)  On May 3, 2010, Plaintiff filed an *ex parte* application for a temporary restraining order and an order to show cause ("OSC") why a preliminary injunction should not be issued.  On May 11, 2010, the Court issued an Order setting the matter for hearing on July 23, 2010 at 2:00 p.m. and memorializing Defendants' agreement to continue the date of the anticipated sale of the subject property until a date on or after July 30, 2010.  On June 11, 2010, the corporate defendants filed a motion to dismiss Plaintiff's second amend complaint, which is currently set for hearing on July 23, 2010.

In *Prawoto v. PrimeLending*, __ F. Supp. 2d __, 2010 WL 2593610, *3 (C.D. Cal. May 4, 2010), another court in this district held that a federal district court does not have subject matter jurisdiction over a "local action" involving land located in another state.  *Prawoto* found that a plaintiff seeking to prevent foreclosure on her home had a local action that required transfer to the district encompassing the situs of the property at issue.  In this case, it appears that this action is local to Hawaii and that this Court does not have subject matter jurisdiction.

Accordingly, the parties are ORDERED TO SHOW CAUSE why this action should not be transferred to the District of Hawaii.  The parties shall file their responses by **July 22, 2010**.  The hearing on the motion to dismiss and for the OSC re preliminary injunction, currently set for July 23, 2010 at 9:30 a.m., is taken off calendar and will be re-set if necessary.

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|